# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-1854
_____

AZUCENA MARIA REYES LOPEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Ana Garcia, Judge.

September 17, 2021

PER CURIAM.

AFFIRMED.

RAY, JAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Azucena Maria Reyes Lopez, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.